UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08-cv-00269 RSM |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JOE NICK SAIZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Offenses charged:

Possession of Methamphetamine with Intent to Distribute, Felon in Possession of a Firearm.

Date of Detention Hearing: August 8, 2008.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is charged by information with Possession of Methamphetamine with Intent to Distribute, and being a Felon in Possession of a Firearm. Defendant has a lengthy criminal history going back to 1999 including convictions for second degree assault and second

DETENTION ORDER -1

degree escape. Defendant has also failed to appear four separate times for prior court appearances and there are active warrants for his arrest.

(2) Defendant has been ordered detained in a pending state court felony case. In view of these circumstances, defendant, through his attorney, requested that he be detained.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshall for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of August, 2008.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -2